UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MATTHEW McCARTHY

    Plaintiff

v.

RHODE ISLAND CONVENTION
CENTER AND DAVID KRAPF

    Defendants

C.A. NO. 1:18-cv-00679-WES-PAS

## **DISMISSAL STIPULATION**

NOW COME the parties in the above-captioned matter and hereby agree that all claims in this matter may be dismissed, with prejudice, with no interest and no costs.

| | |
|---|---|
| PLAINTIFF<br>Matthew McCarthy | DEFENDANTS,<br>Rhode Island Convention Center and David Krapf |
| By His Attorney, | By Their Attorneys,<br><br>MORRISON MAHONEY LLP |
| */s/ Paige Munro-Delotto* | */s/ Douglas L Price*<br>*/s/ Amanda R. Prosek* |
| Paige Munro-Delotto, PhD, Esq., #<br>Munro-Delotto Law, LLC<br>400 Westminster St, Suite 200<br>Providence, RI 02903 | Douglas L Price, #8749<br>dprice@morrisonmahoney.com<br>Amanda R. Prosek, #7677<br>aprosek@morrisonmahoney.com<br>10 Weybosset Street, Suite 900<br>Providence, RI  02903-7141<br>Phone:    401-331-4660<br>Fax:        401-351-4420 |

## CERTIFICATION

  I hereby certify that this document filed through the EFC System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as listed below this 23rd day of September, 2019.

Paige Munro-Delotto, PhD, Esq.
Munro-Delotto Law, LLC
400 Westminster St, Suite 200
Providence, RI 02903

               */s/ Amanda R. Prosek*